March 28, 2008

Mr. Gregory R. Ave
Walters, Balido & Crain, L.L.P.
900 Jackson Street, Suite 600
Dallas, TX 75202
Mr. Garry Philip Cantrell
Cantrell Law Firm
1620 East Beltline Rd
Carrollton, TX 75006

RE: Case Number: 06-0106
 Court of Appeals Number: 10-04-00298-CV
 Trial Court Number: 03-C3352

Style: NATIONWIDE INSURANCE COMPANY
 v.
 MOHAMAD ELCHEHIMI, INDIVIDUALLY AND AS PARENT AND NEXT FRIEND OF
 KHALED ELCHEHIMI AND LUKMAN ELCHEHIMI, MINORS

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Sharri Roessler |
| |Ms. Cindy Polley |
| |Mr. Levon G. |
| |Hovnatanian |